# Donohue, Hyland & Donohue, P.C.

COUNSELORS AT LAW
1707 Northampton Street
Holyoke, MA 01040

_____

(413) 536-1977    (413) 536-7680

(413) 538-7138

BARBARA M. HYLAND
MATTHEW L. DONOHUE
JEFFREY S. MORNEAU

June 10, 2008

**VIA ELECTRONIC FILING**

Bethaney Healy
United States District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

  Re: **Benoit v. Tri-Wire Engineering Solutions, Inc. (C.A. No. 2007-30237)**

Dear Ms. Healy:

  Pursuant to the Court's request at the June 4, 2008 hearing, we are filing herewith the "Notice" for approval by the Court. Thank you for your attention to this matter.

         Very truly yours,

         */s/ Jeffrey S. Morneau*

         Jeffrey S. Morneau

Enclosure

Cc: Christa von der Luft, Esquire